FILED

APR 09 2018

Clerk, U.S. Courts
District Of Montana
Billings Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH:<br><br>FACEBOOK USER ID: 100022524228761 AND 100010704493766 UTILIZED BY TYLER EMINETH | MJ-18-14-BLG-TJC<br><br>ORDER |
|---|---|

Based on the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application, Search Warrant, and Affidavit filed herein, are SEALED until initial appearance on an Indictment of any defendant related to this search warrant and service/receipt of defense counsel's discovery request, pursuant to Rule 16 of the Federal Rules of Criminal Procedure.

DATED this 9 day of April, 2018.

TIMOTHY J. CAVAN
United States Magistrate Judge